**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-24-00254-CV**
_____

**DIONNE Z. WILLIAMS, Appellant**

**V.**

**ADVANTAGE REAL ESTATE, Appellee**

_____

**On Appeal from the County Court at Law No. 1**
**Jefferson County, Texas**
**Trial Cause No. 24CCCV0516**

_____

**MEMORANDUM OPINION**

On July 24, 2024, Dionne Z. Williams filed a notice of appeal from a final judgment in Trial Cause Number 24CCCV0516. But after perfecting the appeal Williams failed to file a brief.

On January 17, 2025, the Clerk of the Court notified the parties that this Court had granted Williams a fourth and final extension until February 3, 2025, to file Appellant's brief and warned her that no further extensions would be considered. On February 3, 2025, Appellant filed a request for another extension and the Court

denied Appellant's Fifth Motion for Extension and notified the parties that the appeal would be submitted on the record alone without briefs on February 25, 2025. *See* Tex. R. App. P. 38.8(a)(2) (If an appellant fails to timely file a brief, the appellate court may dismiss the appeal for want of prosecution or decline to dismiss the appeal and give further direction to the case as it considers proper).

After the case was scheduled to be submitted without briefs, we received Appellant's Sixth Motion for Extension of time to file her brief. We also received an Opposition to the Sixth Motion for Extension. On March 5, 2025, we denied Appellant's Sixth Motion for Extension and set the appeal for submission on March 12, 2025.

We submitted this case without briefs. That said, in the interest of justice, we have reviewed the entire record on appeal. *See* Tex. R. App. P. 39.8; 42.3 (When the appellant fails to prosecute the appeal "the appellate court may dismiss the appeal or affirm the appealed judgment or order."). Having found no reversible error on appeal, we affirm the trial court's judgment. *See* Tex. R. App. P. 43.2(a).

AFFIRMED.

PER CURIAM

Submitted on March 12, 2025
Opinion Delivered March 13, 2025

Before Golemon, C.J., Johnson and Chambers, JJ.